IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

NOV 12 2019

JAMES N. HATTEN, Clerk
By: ___ Deputy Clerk

| | |
|---|---|
| DR. ROBERT H. WAINBERG, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 2:19-CV-251-RWS |
| PIEDMONT COLLEGE. | : |
| Defendant. | : |

**ORDER**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. IT IS HEREBY ORDERED that the Clerk of Court reassign this action to the next Judge on the rotation list for the Gainesville Division. The clerk is directed not to substitute another case for this action.

**SO ORDERED**, this _12th_ day of NOVEMBER, 2019.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE