IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

DR. ROBERT H. WAINBERG,

    Plaintiff,

v.

PIEDMONT COLLEGE,

    Defendant.

CIVIL ACTION FILE

NO. 2:19-CV-251-MHC

## ORDER

It is hereby **ORDERED** that the Proposed Consolidated Pretrial Order filed by the parties [Doc. 221] is adopted as the Pretrial Order of the Court with the following exceptions:

1.

Given the Court's Order denying Plaintiff's Motion to Consolidate in Wainberg v. Mellichamp, No. 2:22-CV-155 (N.D. Ga. Jan. 21, 2025), all references to the motion to consolidate in the proposed consolidated pretrial order are moot.

2.

The deadlines for filing motions in limine and the setting of the pretrial conference will be indicated in a forthcoming scheduling order which will also set the date for trial. The portions of the proposed consolidated pretrial order which purport to seek admission or exclusion of evidence at trial must be made by separate motion in limine in accordance with the deadlines contained in the forthcoming scheduling order. The Court reminds the parties that the Court previously dismissed all of Plaintiff's claims with the exception of his breach of contract claim contained in Count I of the Fifth Amended Complaint. Mar. 7, 2023, Order [Doc. 194]. The Court also has granted summary judgment to Plaintiff as to liability on the breach of contract claim, so the only issue to be tried is the amount of damages that should be awarded to Plaintiff for the contractual breach. Mar. 25, 2024 [Doc. 211]. Unless evidence is relevant to that claim, it will be excluded from the trial.

2.

The jury will consist of six members plus two alternates. The parties are directed to this Court's most recent Standing Order (revised April 11, 2022) on the

Court's website for further information as to the conduct of the trial. See

https://www.gand.uscourts.gov/sites/gand/files/MHC_Standing_Order.pdf

**IT IS SO ORDERED** this 27th day of February, 2025.

_____
MARK H. COHEN
United States District Judge